**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

SARAH HOHENBERG and JOSEPH HANSON,

Plaintiffs,

v.

SHELBY COUNTY, TENNESSEE,

Defendant.

Civil Case No. 2:20-cv-02432-SHM-cgc

# AUTHENTICATION DECLARATION OF WILLIAM R. MAURER

I, William R. Maurer, declare under penalty of perjury that the following is true and correct:

1. I am a citizen of the United States and a resident of the state of Washington. I am over eighteen years of age and fully competent to make this declaration.

2. I am a Managing Attorney at the Institute for Justice and counsel of record for Plaintiffs in the above-titled case. I have personal knowledge of the following facts and would competently testify to them if called upon to do so.

3. Attached to this declaration as Exhibit 1 is a true and correct copy of transcript excerpts from Environmental Court Referee John Cameron's individual deposition, which Plaintiffs' counsel took on July 15, 2024.[1] Aside from omitting extraneous pages, it has not been altered or amended in any way.

[1] Plaintiffs' counsel also deposed Referee Cameron as Defendant Shelby County's Rule 30(b)(6) designee on July 8, 2024.

4. Attached to this declaration as Exhibit 2 is a true and accurate copy of the "Consulting Services" page from the website of Neighborhood Preservation, Inc. (NPI), as obtained by counsel for Plaintiffs on September 3, 2024. It has not been altered or amended in any way. We obtained this document by reviewing the website of NPI's parent organization, The Works, Inc., which can be viewed at https://theworkscdc.org/.

5. Attached to this declaration as Exhibit 3 is a true and accurate copy of *Order Appointing Neighborhood Preservation Incorporated as Receiver to Abate Nuisance at 1905 Overton Park* Drive entered by Judge Larry Potter in Plaintiff Hohenberg's Environmental Court case, *Evergreen Historic District Ass'n v. Hohenberg*, No. 11641386, as received from Defendant Shelby County during discovery. It has not been altered or amended in any way.

Executed this 12th day of September, 2024, at Seattle, Washington.

/s/ William R. Maurer
William R. Maurer
Wash. Bar No. 25451
600 University Street, Suite 2710
Seattle, Washington 98101
(206) 957-1300
wmaurer@ij.org