# Exhibit 3

*Maurer Declaration in Support of Motion to
Amend Complaint and Modify Case Scheduling Order*

**IN THE ENVIRONMENTAL COURT OF SHELBY COUNTY, TENNESSEE**
**THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

| | | |
|---|---|---|
| **EVERGREEN HISTORIC DISTRICT ASSOC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | Civil Warrant No. 11641386 |
| **SARAH J. HOHENBERG** | ) | |
| **Defendant.** | ) | |

## ORDER APPOINTING NEIGHBORHOOD PRESERVATION INCORPORATED AS RECEIVER TO ABATE NUISANCE AT 1905 OVERTON PARK DRIVE

**THIS CAUSE CAME** on for hearing on February 27, 2014 on the appointment of a receiver for the purposes of abatement of the nuisance at 1905 Overton Park Drive in Memphis, Shelby County, Tennessee, property owned by the Defendant (the "Property"). The Court, having previously found that a receiver should be appointed in an order dated as of 12/20/2013, and having previously ordered certain steps to be taken by the Defendant in a certain Interim Plan for Abatement of the Nuisance entered as of 12/20/2013, does state and find as follows:

1. There has been no substantial change in Property conditions, and no satisfactory proof of financial capacity of the Defendant to abate the nuisance. To the current day, Defendant has failed to achieve what Defendant committed to complete on or before January 31, 2014, namely Defendant has failed to repair the roofing and windows at the property so that a tarp will not be required to dry-in the structures, and Defendant has failed to remove interior debris, including commencement of necessary interior demolition.

2. Neighborhood Preservation Incorporated is hereby appointed as the receiver ("Receiver") for purposes of abatement of the public nuisance at the Property.

3. Defendant shall cooperate with Receiver to provide access at any reasonable time during working hours every day of the week except Sundays, for the purpose of permitting the Receiver to complete a plan for the abatement of the public nuisance.

4. Receiver shall provide a full proposed plan for the abatement of the nuisance, including a detailed budget and a proposed contract with all required contractors, no later than March 27, 2014.

5. Defendant shall provide to Receiver, within 5 business days of this Order, full copies of all plans, contracts, specifications, and agreements pertaining to the work required to be completed at the Property.

6. Receiver shall, to the extent reasonable, work in cooperation with the Defendant and the Defendant's preferred contractors, but Receiver shall have sole discretion in the determination of contractors for required jobs to abate the nuisance in accordance with the Receiver's plan.

7. Between today's date and the hearing date on the Receiver's plan, Defendant is authorized to commence work to abate the public nuisance, so long as access is provided to the Receiver as set forth above.

8. On or before March 27, 2014 this Court shall hold a hearing on the Receiver's plan. Defendant and Defendant's counsel shall be put on 5 days written notice of a hearing if set prior to March 27, 2014.

The above is therefore ORDERED, ADJUDGED, AND DECREED.

This 27 day of February, 2014.

LARRY E. POTTER, ENVIRONMENTAL COURT JUDGE

SUBMITTED FOR ENTRY:

BREWER & BARLOW PLC

By: ______________________________
Steve Barlow, Counsel for Plaintiff (TBPR #023498)

1755 Kirby Parkway, Suite 110
Memphis, Tennessee 38120
Email: steve@brewerbarlow.com
Phone: (901) 757-3359
Fax: (901) 757-3361

ACKNOWLEDGED AS TO FORM:

______________________________
Chris Thorsen, Counsel for Defendant (TBPR # 21049 )

Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Email: cthorsen@babc.com
Phone: (615) 252-2328
Fax: (615) 252-6328